## THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**BUDDY ERIC CHANEY and**
**ELANA CHANEY**                                                                    **PLAINTIFFS**

**v.**                            **Case No. 4:18-cv-00539-KGB**

**CONWAY COUNTY SHERIFF**
**MIKE SMITH; and DEPUTIES OF CONWAY**
**COUNTY SHERIFF; SHAWN GADBURY;**
**JOSH BAKER; TIMOTHY SPOHN; AND**
**KEN EUBANKS, individually and as Officers**
**of the Conway County Sheriff's Department**                          **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiffs Buddy Eric and Elana Chaney's complaint is dismissed.  The Court dismisses with prejudice Mr. and Ms. Chaney's federal claims and dismisses without prejudice Mr. and Ms. Chaney's state law claims.

So adjudged this 30th day of November, 2020.

Kristine G. Baker
United States District Judge